UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE VOGT,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYTHEL FISHER,<br><br>        Defendant. | Case No. 20-cv-03130-EMC<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>Docket No. 41 |

    Petitioner Kyle Vogt filed a petition in this Court seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 23, 2022, this Court dismissed Petitioner's request. *See* Docket No. 36. Petitioner subsequently filed a Notice of Appeal to the Ninth Circuit Court of Appeals, but did not include a request for a certificate of appealability pursuant to 28 U.S.C. § 2253. *See* Docket No. 39. On June 2, 2022, the Ninth Circuit ordered this Court to determine whether a certificate of appealability should issue pursuant to 28 U.S.C. § 2253(c). *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997) ("Upon the filing of a notice of appeal and a request for a certificate of appealability, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted.").

///

///

///

///

///

///

The certificate of appealability is **DENIED** because this is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 520 U.S. 473, 484 (2000).

The Clerk shall forward this order to the Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED**.

Dated: June 3, 2022

_____
EDWARD M. CHEN
United States District Judge

2